UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

           - against-

JOSEPH JIMENEZ,

                Defendants.
-------------------------------------------------x

**ORDER**

25 Cr. 25-2 (ER)

Ramos, D.J.:

A change of plea hearing will be held on **November 25, 2025, at 11:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
        November 20, 2025

                                  Edgardo Ramos, U.S.D.J.