UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                                **ORDER**

JOSEPH JIMENEZ,                            25-cr-25-2 (ER)

                Defendant.
---------------------------------------------------------x

        The change of plea hearing presently scheduled for November 25, 2025, is hereby **rescheduled for December 4, 2025, at 10:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:  New York, New York
         November 25, 2025

                                                      Edgardo Ramos, U.S.D.J.