UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                - against -                    **ORDER**

JOSEPH JIMENEZ,                    25-cr-25 (ER)

                Defendant.
-------------------------------------------------------x

The sentencing hearing presently scheduled for 3:30 p.m. on March 11, 2026, is hereby

**rescheduled for 2:30 p.m. on March 11** in Courtroom 619 at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
        March 9, 2026

                                Edgardo Ramos, U.S.D.J.